UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 1:17-cr-00066-JMS-MJD |
| LARRY DARNELL WADE PATTERSON (01), | ) ) ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Doris L. Pryor's Report and Recommendation dkt [44] recommending that Larry Darnell Wade Patterson's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Pryor's Report and Recommendation dkt [44]. The Court finds that Mr. Patterson committed Violation Numbers 1, 2, 3, 4, & 5 as alleged by the U.S. Probation Office in its *Petitions for Warrant or Summons for Offender under Supervision* dkts [24 & 37]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Patterson is sentenced to the custody of the Attorney General or his designee for a period of ten (10) months imprisonment with no supervised release to follow.

Date: 3/10/2021

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal